# Notice Recipients

District/Off: 0976–1  User: admin  Date Created: 11/29/2022
Case: 22–00532–NGH  Form ID: 309I  Total: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Karen Ann Sufficool | 2109 W Winterwood    Nampa, ID 83686 |
| ust | US Trustee | 550 West Fort St, Ste 698    Boise, ID 83724 |
| tr | Kathleen A. McCallister | POB 1150    Meridian, ID 83680 |
| aty | Hyrum M Zeyer | Peterson Zeyer Law    1215 W. Hays    Boise, ID 83702 |
| 5274797 | Advantage Financial Services | Attn: Bankruptcy    2710 W Sunrise Rim Ste 150    Boise, ID 83705 |
| 5274798 | Eagle Home Mortgage | 1 Corporate Dr. Ste 360    Lake Zurich, IL 60047 |
| 5274799 | First National Bank of Omaha | POB 3331    Omaha, NE 68103–3331 |
| 5274800 | Freedom Mortage Company | Loancare Servicing Center    3637 Sentara Way Ste 303    Virginia Beach, VA 23452 |
| 5274801 | Freedom Mortgage | 907 Pleasant Valley    Mount Laurel, NJ 08054 |
| 5274802 | Ideal Lending LLC | 104 W Washington Ave    Nampa, ID 83686 |
| 5274804 | LVNV Funding LLC | C/O Resergent Capital    PO Box 1269    Greenville, SC 29603 |
| 5274803 | Les Schwab | Attn: Bankruptcy    20900 Cooley Rd    Bend, OR 97701 |
| 5274805 | Resurgent Acquisitions LLC | PO Box 10497 MS 576    Greenville, SC 29603 |
| 5274806 | The Home Depot/CBNA | 5800 S Corporate Place    Sioux Falls, SD 57108 |

TOTAL: 14